```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                      CASE NO. 05 B 29126
      JORI HOLTMAN
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

              Debtor
      SSN XXX-XX-9270
```

---

```
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
```
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 07/21/05 and confirmed on 09/09/05.

   2. The case was converted to Chapter 7 after confirmation, 10/15/2008.

   3. The Debtor paid a total of $ 11681.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 1883.70 | .00 | 1883.70 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 932.99 | .00 | 932.99 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 11005.00 | 2654.25 | 3158.13 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1009.01 | .00 | .00 |
| PROFESSIONAL PROPERTY MG | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 460.00 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED DATA CORP | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| PBC | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 9150.23 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13821.69 | .00 | 10619.24 | .00 | 24440.93 |
| PRINCIPAL PAID | 5974.82 | .00 | .00 | .00 | 5974.82 |
| INTEREST PAID | 2654.25 | .00 | .00 | .00 | 2654.25 |
| TOTAL PAID | 8629.07 | .00 | .00 | .00 | 8629.07 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP       , was allowed $ 2825.00
and was paid $    300.00  direct and $   2525.00  through the plan.

The Trustee received $    526.93 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE